IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

vs.  *  Case No.  JFM-95-0183

KENNETH MOYE  *

\*\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by \_\_\_\_BRENDAN HURSON, AFPD\_\_\_\_, and the Government was represented by Assistant United States Attorney \_\_JAMES WARWICK\_\_, it is

**ORDERED**, this \_\_11TH\_\_ day of \_\_August\_\_ \_\_2008\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 102