PROB 12
(Rev 4/08)

# United States District Court
## for the
## DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 21  P 4: 16

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

U.S.A. vs. **Kenneth Darrell Moye**                Docket No.: 1:95CR00183

\* Statutory maximum term of imprisonment upon revocation is 5 years pursuant to 18 U.S.C. § 3583(e)(3)

### Petition on Supervised Release

COMES NOW **Toni Little** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Kenneth Darrell Moye** who was placed on supervision for **Felon in Possession of a Firearm (18:USC:922(g)(1) ) & Aiding & Abetting (18:USC:2), a Class A felony\***, by the Honorable **J. Frederick Motz, U.S. District Judge**, sitting in the court at **Baltimore, Maryland**, on the **11th day of September, 1996** who fixed the period of supervision at **5 year(s) \*\***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\*\* Committed to custody of Bureau of Prisons for 130 months, followed by supervised release for a term of 5 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $50.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer. (2/18/2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS:   Mr. Moye has been convicted of new criminal conduct, specifically, Criminal Attempt-Retail Theft and Criminal Conspiracy-Retail Theft, in the Court of Common Peas York County, at Docket Number CP-67-CR-0000507-2008. *In addition*, the offender engaged in new criminal conduct, specifically, two (2) Counts of Theft at Maryland District Court Docket Number 3B01974458, in violation of the Statutory Condition which states that the defendant shall not commit another federal, state or local crime.

WHEREAS:   Mr. Moye left the Judicial District on or about December 4, 2007 as evidenced by his arrest in York, Pennsylvania that day and his traveling to Spartanburg, South Carolina in April 2008. In violation of Standard Condition #1 which states that the defendant shall not leave the judicial district without permission.

WHEREAS:   Mr. Moye has failed to participate in substance abuse counseling and mental health counseling as directed and arranged. In violation of the Additional Condition which states The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; and the Additional Condition which states The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

Continued on Next Page

PROB 12 continued
MOYE, Kenneth Darrell
Docket Number: 1:95CR00183
Page Number: 2

WHEREAS:   Mr. Moye has failed to abide by the conditions of release imposed on May 16, 2008, by Judge Paul W. Grimm. He specifically failed to adhere to the terms of Home Confinement and Electronic Monitoring. He left his home several times without authorization and removed the monitoring device on June 30, 2008 without permission. In violation of the conditions of the May 16, 208 Order setting the conditions of his release.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Kenneth Darrell Moye to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 21 day of Aug, 2008 and ordered filed and made a part of the records in the above case.

_____
Paul W. Grimm
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Toni Little, U.S. Probation Officer

Date    August 20, 2008

Reviewed and Approved By:

_____
Robin Branch, Supervisory U.S. Probation Officer

Date    8-20-08

Place   Baltimore, Maryland