# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

UNITED STATES OF AMERICA

v.

KENNETH D. MOYE

**WARRANT FOR ARREST**

2008 AUG -8 P 3: 22

Case No. JFM-95-0183

TO:  The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **KENNETH D. MOYE** _____
*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him or her with *(brief description of offense)*:

in violation of Title _____ United States Code, Section(s) _____

Felicia C. Cannon                                        Clerk, U.S. District Court
Name of Issuing Officer                                  Title of Issuing Officer

*H. Lee*                                                 August 8, 2008   Baltimore, MD
(By) Deputy Clerk                                        Date and Location

Bail fixed at $_____                                by  J. FREDERICK MOTZ
                                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USDC Baltimore, MD |

| Date Received 8/22/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/22/08 | DUSM Terry Moore | *[signature]* |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant